UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF NEVADA
LLOYD D. GEORGE U. S. COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
(702) 464-5400

LANCE S. WILSON
CLERK OF COURT

CYNTHIA J. JENSEN
CHIEF DEPUTY, LAS VEGAS

JAKE HERB
CHIEF DEPUTY, RENO

February 22, 2008

Clerk, U. S. District Court
District of Columbia
333 Constitution Avenue, N. W.
Washington, DC  20001

**FILED**

FEB 2 5 2008

Clerk, U.S. District and
Bankruptcy Courts

RE:   USA v. Dan Vernon McKinney

Your Case No: 07-00147(GK)
Our Case No: 2:07-MJ-00817-PAL

CR 07-147-03-GK

Dear Clerk:

Enclosed please find certification of the complete file as of February 22, 2008 , in the above referenced case.

   __x__   Original Bond papers enclosed

Please acknowledge receipt of the above documents by signing the enclosed copy of this letter and returning it to this court.

Thank you.

LANCE S. WILSON, Clerk
United States District Court

__/s/ Karen Richardson__
Magistrate Support Clerk

Enclosures

**Receipt of certified copies in the above referenced case is hereby acknowledged this ___ day of _____, 2008.**

By:_____

UNITED STATES OF AMERICA
DISTRICT OF NEVADA, LAS VEGAS

# CERTIFICATE OF THE CLERK

I, Lance S. Wilson, Clerk of the United Stated District Court for the District of Nevada, do hereby certify that the accompanying documents listed in the attached docket sheet are original documents, or are true and correct copies of the original documents, filed in this Court and are the documents from which the docket entries have been made, and that they constitute the entire record herein:

CASE NUMBER: _2:07-mj-817-PAL_

In witness whereof, I have hereunto set my hand and affixed the Seal of said District Court this _22nd_ day of _February_, 2008.

LANCE S. WILSON,
CLERK OF THE COURT

By: 
Karen Richardson, Deputy Clerk

CLOSED

# United States District Court
# District of Nevada (Las Vegas)
# CRIMINAL DOCKET FOR CASE #: 2:07-mj-00817-PAL-PAL All Defendants
# Internal Use Only

| | |
|---|---|
| Case title: USA v. McKinney<br>Other court case number: 07-00147(GK) District of Columbia | Date Filed: 11/28/2007<br>Date Terminated: 02/22/2008 |

Assigned to: Magistrate Judge Peggy A. Leen
Referred to: Magistrate Judge Peggy A. Leen

**Defendant (1)**

| | | |
|---|---|---|
| **Dan Vernon McKinney**<br>*TERMINATED: 02/22/2008* | represented by | **Paul Riddle**<br>Federal Public Defender<br>411 E. Bonneville<br>Suite 250<br>Las Vegas, NV 89101<br>702-388-6577<br>Fax: 702-388-6261<br>Email: ECF_Vegas@FD.ORG<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: FPD* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

|            |    | 12/06/2007)                                                                                                                                                                                              |
|------------|----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 02/22/2008 | ◑8 | TRANSMITTAL of Rule 5c documents in case as to Dan Vernon McKinney, sent to District of Columbia. (KCR) (Entered: 02/22/2008)                                                                            |
| 02/22/2008 | ◑  | (Court only) **NON-PUBLIC** Terminated defendant Dan Vernon McKinney, pending deadlines, and motions., **NON-PUBLIC** Terminated Deadlines/Hearings as to Dan Vernon McKinney (KCR) (Entered: 02/22/2008) |

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

DISTRICT OF __NEVADA__

UNITED STATES OF AMERICA

V.

__Dan McKinney__
Defendant

WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint/Indictment)

NOV 28 2007

CASE NUMBER: MJ-S- _____

CHARGING DISTRICTS
CASE NUMBER: __07-00147 (GK)__

I understand that charges are pending in the _____ District of __Columbia__

alleging violation of __18 USC 1344__ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)   an identity hearing to determine whether I am the person named in the charges;

(3)   a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4)   Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(✓) identity hearing

(  ) preliminary hearing

~~identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.~~

_Dan McKinney_
Defendant

__11/28/07__
Date

_Paul S. Riddle_
Defense Counsel

NOV 28 2007

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs<br><br>DAN V. MCKINNEY,<br><br>Defendant. | 2:07-mj-00817-PAL<br><br>**ORDER APPOINTING COUNSEL AND DIRECTING THE MARSHAL TO SERVE SUBPOENAS AT GOVERNMENT EXPENSE** |

The individual named below, having testified under oath or having otherwise satisfied this Court that he (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the Defendant is indigent, therefore;

IT IS ORDERED that the Federal Public Defender for the District of Nevada is hereby appointed to represent Defendant, **DAN V. MCKINNEY.**

IT IS FURTHER ORDERED that the Clerk issue subpoenas upon oral request and submission of prepared subpoenas by the attorneys of the office of the Federal Public Defender, unless said subpoenas are to be served outside the State of Nevada. The cost of process, fees and expenses of witnesses so subpoenaed shall be paid as witness(es) subpoenaed on behalf of the Government. The Court is satisfied the individual is unable to pay fees and expenses of subpoenaed witness(es) and the United States Marshal shall provide such witness(es) subpoenaed advance funds for the purpose of travel within the District of

Nevada and subsistence. Any subpoenas served on behalf of the individual, the return thereon to this Court shall be sealed, unless otherwise ordered.

IT IS FURTHER ORDERED that if counsel for the individual desires subpoenas to be served outside the State of Nevada, further application pursuant to Federal Rules of Criminal Procedure 17(b) shall be made to the Court, before the issuance of said subpoenas.

DATED this 28 day of NOVEMBER, 2007.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ NEVADA _____

UNITED STATES OF AMERICA

V.

DAN V. MCKINNEY

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER:    2:07-mj-0817-PAL

CHARGING DISTRICTS
CASE NUMBER:    07-00147(GK)

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the _____ District of _____ Columbia _____ ; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the _____ (Not Applicable) _____
*Place and Address*
, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) U.S. Courthouse, 333 Constitution Ave NW, D.C.    on    12/05/07 @ 1:45PM    .
*Date and Time*

_____
Signature of Judge

11/29/07                                        PEGGY A. LEEN, United States Magistrate Judge
*Date*                                          *Name and Title of Judge*

| APPEARANCE BOND | UNITED STATES DISTRICT COURT | MAGISTRATE / COURT NUMBER 2:07-mj-0817-PAL | DATE BOND ISSUED 11/28/07 |
|---|---|---|---|
| COGNIZANT U.S. JUDICIAL DISTRICT District of Nevada | | LOCATION OF DISTRICT (City and State) Las Vegas, NV | |
| NAME OF ISSUING MAGISTRATE / JUDGE (Show title) Peggy A. Leen, U.S. Magistrate Judge | | LOCATION OF ISSUING OFFICIAL (If different than above) Same | |
| NAME OF DEFENDANT Don V. McKinney | | ADDRESS OF DEFENDANT | |
| NAME OF SURETY | | ADDRESS OF SURETY | |

| AMOUNT OF BOND $ | DEPOSIT RECEIPTED FOR $ | ☒ RELEASED ON OWN RECOGNIZANCE | TIME / DATE OF APPEARANCE As ordered | COURTROOM As Ordered |
|---|---|---|---|---|

We, the undersigned, jointly and severally, have read and understand the conditions of this bond and acknowledge that we and our personal representatives are bound to pay to the United States of America the full amount of bond shown above unless otherwise duly exonerated.

SIGNATURE OF SURETY (If applicable) *

Signed and acknowledged before me on the date shown above. ➝

SIGNATURE OF DEFENDANT

SIGNATURE OF MAGISTRATE / JUDGE / DEPUTY CLERK

**CONDITIONS**

The conditions of this bond are that the above defendant is to appear at the date, time, and location indicated before:

☐ The cognizant United States Magistrate

☐ The assigned Judge of the cognizant District

☐ The cognizant United States District Court

NOV 28 2007

And at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in the above referenced case as may be given or issued by the Magistrate or by the cognizant United States District Court or any other United States District Court to which the defendant may be removed or the cause transferred: That the defendant is not to depart the cognizant District, or the jurisdiction of any other United States District Court to which the defendant may be removed or the case transferred after he has appeared in such other District pursuant to the terms of this bond, except in accordance with such orders or warrants as may be issued by the Magistrate or the cognizant United States District Court or the United States District Court for such other District; that the defendant is to abide any judgment entered in such matter by surrendering himself to serve any sentence imposed and obeying any order or direction in connection such judgment as the Court imposing it may prescribe.

If the defendant appears as ordered and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment to the amount of this bond shall be due forthwith. Forfeiture of the bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and by other laws of the United States.

It is agreed and understood that this is a continuing bond including any proceeding on appeal or review which shall continue in full force and effect until such time as the signers are duly exonerated.

SEE, ALSO, ORDER SPECIFYING METHODS AND CONDITIONS OF RELEASE ATTACHED HERETO AND MADE A PART HEREOF.

BOND APPROVED. DEFENDANT ORDERED RELEASED.

Date: November 28, 2007

U.S. DISTRICT JUDGE / MAGISTRATE

*Signature of surety acknowledged before me this _____ day of _____, 20 ___.

Deputy Clerk

BOND EXONERATED. SURETY RELEASED.

U.S. DISTRICT JUDGE / MAGISTRATE

# United States District Court

_____ DISTRICT OF _____NEVADA_____

UNITED STATES OF AMERICA

v.

__Dan V. McKinney__
Defendant

ORDER SETTING CONDITIONS
OF RELEASE

Case Number: 2:07-mj-0817-PAL

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) _____

____AS ORDERED____ on ____AS ORDERED____
       Place                                             Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

(✓) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

(   ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of
_____ dollars ($_____)
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

WHITE COPY – COURT     YELLOW – DEFENDANT     GREEN – PRETRIAL SERVICES     BLUE – U S ATTORNEY     PINK – U.S. MARSHAL

AO199B (Rev. 5/99) Additional Conditions of Release                                               Page __3__ of __4__ Pages

NAME __Dan McKinney__   • **Additional Conditions of Release**   CASE # __2:07-mj-0817-PAL__

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.

IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below

( ) (6) The defendant is placed in the custody of:
  (Name of person or organization) _____
  (Address) _____
  (City and State) _____ (Tel.No ) _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

                                         Signed _____  _____
                                                    Custodian or Proxy          Date

( ) (7) The defendant shall
  ( ) (a) report to the ____Pretrial Services____ . ( ) Probation _____ ( ) Same conditions as previously imposed.
       telephone number ____702-464-5630____, telephone number ____702-388-6731____, not later than _____
  ( ) (b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property: _____
  ( ) (c) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described _____
  ( ) (d) execute a bail bond with solvent sureties in the amount of $_____
  ( ) (e) maintain or actively seek employment. Notify Pretrial Services prior to any change.
  ( ) (f) maintain or commence an education program
  ( ) (g) surrender any passport to _____
  ( ) (h) obtain no passport.                                         ( ) Use true name only
  ( ) (i) abide by the following restrictions on personal association, place of abode, or travel: ( ) Continental U.S.A
       ( ) Clark County, NV  ( ) State of NV  ( ) _____  ( ) for court purposes only.
  ( ) (j) avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: _____
  ( ) (k) undergo medical or psychiatric treatment and/or remain in an institution as follows: _____
  ( ) (l) return to custody each (week)day as of _____ o'clock after being released each (week)day as of _____ o'clock for employment, schooling, or the following limited purpose(s): _____
  ( ) (m) maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.
  ( ) (n) refrain from possessing a firearm, destructive device, or any other dangerous weapons
  ( ) (o) refrain from ( ) any ( ) excessive use of alcohol. ( ) Not be in presence of anyone using/possessing same.
  ( ) (p) refrain from use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C § 802, unless prescribed by a licensed medical practitioner. ( ) Not be in presence of anyone using/possessing same
  ( )    Initial urinalysis, if positive then "q" applies
  ( ) (q) submit to any method of testing required by pretrial service officer or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with such random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.
  ( )    Initial urinalysis, if positive then "r" applies
  ( ) (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer. You shall pay all or part of the cost of the program based upon you ability to pay as determine by the pretrial service office or supervising officer
  ( ) (s) refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibit substance testing or electronic monitoring which is (are) required as a conditions(s) of release.
  ( ) (t) participate in one of the following home confinement program component and abide by all requirements of the program which
       ( ) will or ( ) will not include electronic monitoring or other location verification system
       ( ) (i) **Curfew.** You are restricted to your residence everyday ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer, or
       ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment, education, religious services; medical, substance abuse, or mental health treatment, attorney visits; court appearances, court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer, or
       ( ) (iii) **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.
  ( ) (u) report as soon as possible, to the pretrial service office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop
  ( ) (v) Maintain residence. ( ) current ( ) at _____
       Notify Pretrial Services prior to any change
  ( ) (w) Subject to search of person, residence and/or vehicle as directed by the Supervising officer to ensure compliance with these conditions.
  ( ) (x) Resolve all outstanding warrants within ( ) days

(X) Report on 12/5/07 at 1:45pm at U.S. Courthouse on 333 Constitution Ave NW, and to report to Pretrial Services beforehand for Interview

WHITE COPY—COURT   YELLOW—DEFENDANT   GREEN—PRETRIAL SERVICES   BLUE—PROBATION   PINK—U.S ATTORNEY

AO 199C (Rev 8/94) Advice of Penalties                                      Page __4__ of __4__ Pages

## Advice of Penalties and Sanctions

TO THE DEFENDANT: Dan McKinney          2:07-mj-0517-PAL

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted

## Acknowledgement of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

_____
Address

_____
City and State         Telephone

## Directions to United States Marshal

(X) The defendant is ORDERED released after processing
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: November 28, 2007

_____
Signature of Judicial Officer

Peggy A. Leen, U.S. Magistrate
Name and Title of Judicial Officer

WHITE COPY - COURT     YELLOW - DEFENDANT     BLUE - US ATTORNEY     PINK - US MARSHAL     GREEN - PRETRIAL SERVICES