**UNTIED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) 07-cr-00147 (GK) |
| | ) |
| DAN MCKINNEY, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE OF COUNSEL**

The Clerk of this Court will please note the appearance of Frederick D. Cooke, Jr, as counsel for Defendant Dan McKinney in the above-captioned matter.

Respectfully submitted,

/s/ Frederick D. Cooke, Jr.
_____
Frederick D. Cooke, Jr. D.C. Bar No. 164608

Rubin, Winston, Diercks, Harris & Cooke, LLP
1155 Connecticut Avenue, NW, Suite 600
Washington, D.C. 20036

202 861 0870
202 429 0657 (facsimile)

Counsel for Dan McKinney