## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | |
| | **:** | |
| **v.** | **:** | **Criminal No.  07-147  (GK)** |
| | **:** | |
| **FREDERICK S. HILL, and** | **:** | |
| **DAN V. McKINNEY,** | **:** | |
| | **:** | |
| **Defendants** | **:** | |

_____

### GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits the following proposed voir dire questions:

1.  In this case, the Indictment charges that between May 2004 and March 2005, the defendants Steve Hill and Dan McKinney committed the federal crimes of conspiracy and bank fraud.  Mr. Hill and Mr. McKinney are alleged to have worked with others to produce, deposit, and cash, or attempt to cash, hundreds of thousands of dollars worth of counterfeit checks in the District of Columbia and Las Vegas, Nevada.  Mr. Hill and Mr. McKinney deny these allegations and contend that they did not conspire with others or commit the crime of bank fraud.

    a.  Is anyone familiar with these charges or this case?

    b.  Is there anything about the nature of the charges in this case that would affect your ability to decide this case fairly and impartially?

2.  You may hear testimony about the following financial institutions: Bank of America, SunTrust Bank, National City Bank, St. Martin Bank & Trust, and Chevy Chase Bank.

a.  Is there anyone who works at one of these financial institutions or who has a close family member who works at one of these financial institutions?  If so, would that affect your ability to be fair and impartial in this case?

b.  Has anyone had a bad or negative experience with any of these financial institutions?

c.  Has anyone had any experience with these financial institutions, positive or negative, that would affect your ability to be fair and impartial in this case?

3.  The Government may call the following witnesses during the trial: (List will be provided before trial). Does anyone recognize any of these witnesses?  The government is represented by Assistant U.S. Attorneys Brad Weinsheimer and Tom Hibarger.  Does anyone recognize either Mr. Weinsheimer or Mr. Hibarger?

4.  The defense may call the following witnesses during trial (list of potential witnesses from the defense).  Does anyone recognize any of these witnesses?  The attorneys representing defendant Steve Hill are Michelle Peterson and Gregg Spencer.   Does anyone recognize either Ms. Peterson or Mr. Spencer?  The attorney representing Dan McKinney is Fred Cooke.  Does anyone recognize Mr. Cooke?

5.  The Federal Bureau of Investigation (FBI) is responsible for investigating crimes which involve conspiracy and bank fraud  In this case, one or more FBI agents may be called as witnesses. Would any of you be inclined to give either greater or lesser weight to the testimony of these agents simply because he or she is a law enforcement officer or member of the FBI?

6. Does anyone know any other person in the courtroom, including other members of the jury panel, for example from work, school, socially, prior jury service or one's neighborhood? In light of your relationship with this person, would you be able to be fair and impartial in this case?

7. I expect that this case may take approximately one week to try, although you will take as much time as you need to reach a verdict in this case. Does anyone have any pressing commitment that would make sitting on this jury an extreme hardship?

8. Has anyone ever studied law, practiced law, worked as an investigator for a lawyer, or otherwise worked for a lawyer? Is there anything about that experience that would affect your ability to be fair and impartial in this case? Does anyone have a close relative of friend who is a prosecutor, criminal defense attorney, or criminal investigator? Is there anything about that relationship, or conversations you may have had concerning their job, that would affect your ability to be fair and impartial in this case?

9. Have any of you, your relatives, or close friends ever worked in any capacity for any law enforcement agency. Law Enforcement agency includes any police department, in or outside the District of Columbia, including special police officers, legal aide offices, prosecutor's offices, correctional officers, Department of Justice, U.S. Marshal Service, Sheriff's Department, Federal Bureau of Investigations, Secret Service, or Capitol Police? Is there anything about your experience that would affect your ability to be fair and impartial in this case?

10. Have you or any immediate member of your family or any of your close friends been the plaintiff or defendant in any civil court case? Is there anything about your experience which would affect your ability to be fair and impartial in this case?

11.  Has anyone ever served on a jury before?  If so, when, what type of case, and what was the outcome?  Was there anything about your prior jury experience that would affect your ability to be fair and impartial in this case?

12.  This case will involve the use of banks records and recorded conversations in meetings and telephone calls.  Is there anyone who believes that they might have difficulty understanding or concentrating on this type of evidence?

13.  Do any of you have any religious, moral, philosophical or other beliefs and opinions that would affect your ability to be fair and impartial and to render a judgment and verdict in this case?

14.  Do any of you have any reservations concerning how law enforcement treats certain individuals or about the administration of criminal justice in the courts that would affect your ability to be fair and impartial in this case?

15.  The defendant has entered a plea of not guilty to the charges and denied criminal involvement in the actions alleged.  In a criminal case, a defendant is presumed innocent unless and until the government proves his guilt beyond a reasonable doubt.  If you find that the government has proven beyond a reasonable doubt every element of the offense with which the defendant is charged, it will be your duty to find him guilty of that offense.  On the other hand, a defendant need not produce any evidence whatsoever to prove his innocence.  The burden is on the government to prove a defendant guilty beyond a reasonable doubt, and that burden does not shift during the trial. If you find the government has failed to prove beyond a reasonable doubt any element of an offense with which the defendant is charged, you will have to find the defendant not guilty of that offense. Will you have any difficulty accepting or applying the rule of law as I have just given it to you?

16.  Within the last ten years, have you, or any close relatives or friends, ever been the victim of a crime, a witness to the crime, or arrested for or charged with a crime?

17.  Do any of you have any seeing or hearing problems, illnesses or other medical conditions that would make it difficult for you to sit as a juror in this case?  Do any of you need to take any medication that might cause drowsiness or otherwise make it difficult for you to remain alert and attentive during these proceedings?

18.  Has anyone had any problem hearing or understanding these question or have you noticed any of your fellow jurors who appear to be having difficulty hearing or understanding these questions?  Is there anyone who thinks their understanding of the English language would make it difficult for them to be a juror in this case?

19.  Is there any reason that you know, whether or not it has been covered by a previous question, why you could not sit fairly, attentively, and impartially in this case?

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney


_____/s/_____
G. Bradley Weinsheimer
Assistant United States Attorney
Bar Number 431796
555 4th Street, N.W., Room 3205
Washington, DC 20530
(202) 514-6991
Bradley.Weinsheimer@usdoj.gov